IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED
JAN 2 8 2010
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| ROBERT HARRIS IV, | ) |
| Plaintiff, | ) Case No. 7:10CV00035 |
| v. | ) FINAL ORDER |
| W. J. TOWNLEY, ET AL., | ) By: Glen E. Conrad |
| Defendants. | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that this civil action is **DISMISSED** without prejudice; pursuant to 28 U.S.C. § 1915A(b)(1) and § 1367(c), and this action is stricken from the active docket of the court.

ENTER: This 28th day of January, 2010.

_____
United States District Judge